NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-523

JAMES LEE USEY

VERSUS

EDWARD G. FUSELIER

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20015560
HONORABLE PATRICK LOUIS MICHOT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

BILLY HOWARD EZELL
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Billie Colombaro Woodard, Michael G. Sullivan, and Billy
Howard Ezell, Judges.

**Woodard, J., dissents in part with written reasons.**

AFFIRMED.

**David Michael Kaufman**
**David M. Kaufman Law Corp.**
**P. O. Box 4604**
**Lafayette, LA 70502**
**(337) 231-5150**
**Counsel for: Plaintiff/Appellee**
**James Lee Usey**

**Elizabeth Anne Long**
**Attorney at Law**
**600 Jefferson St., Suite 509**
**Lafayette, LA 70501**
**(337) 266-2101**
**Counsel for: Defendant/Appellant**
**Edward G. Fuselier**